# SCHOOL DISTRICT NO. 20 IN CHESTER

## v.

## F. W. PIERCE ET AL.

### JANUARY TERM, 1895.

*Act abolishing school districts. Supplies on hand pass to town.*

Wood on hand for use in a school district at the time of the passage of No. 20, Acts 1892, abolishing school districts, became the property of the town for school purposes.

Trover for a quantity of wood. Plea, the general issue. Heard upon an agreed statement of facts at the May term, 1894, Windsor county, THOMPSON, J., presiding. Judgment for the defendants. The plaintiff excepts.

*George L. Fletcher* for the plaintiff.

*L. M. Read* for the defendants.

START, J. In this action the plaintiff seeks to recover the value of a quantity of wood which it had on hand for use in its schoolhouse when No. 20, of the Acts of 1892, took effect. The wood was taken and used in the schoolhouse, under the direction of the school directors for the

town of Chester. The court below rendered judgment for the defendants to recover their costs. The case of *Town School District of Barre* v. *School District No. 13 of Barre*, 67 Vt., is full authority for this holding.

*Judgment affirmed.*